UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P., by and through his father, VINCENZO P., and VINCENZO P. individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JESUIT HIGH SCHOOL OF SACRAMENTO, a California corporation, JOHN P. McGARRY, S.J., an individual, and MICHAEL WOOD, Ed.D., an individual,<br><br>Defendants. | Case No. 2:21-cv-01347-KJM-KJN<br><br>**ORDER GRANTING REQUEST TO REDACT OR SEAL COMPLAINT** |

The Notice of Intent to Redact or Seal submitted by Plaintiffs A.P., by and through his father Vincenzo P., and Vincenzo P. individually, having come before the Court and good cause appearing, IT IS HEREBY ORDERED that the following information shall be redacted from the Complaint:  (1) the first names and initials of the last names of the individuals listed on pages 27 and 31, and (2) the full name listed at the bottom of page 37 Exhibit C.  An unredacted copy of the complaint shall be filed under seal to preserve the record.

DATED:  September 14, 2021.

CHIEF UNITED STATES DISTRICT JUDGE