1  ELIZABETH A. THOMPSON (SBN 112888)
   THOMPSON LAW
2  775 Tenth Avenue
   San Francisco, CA 94118
3  Telephone:   (415) 860-6097
   Facsimile:    (415) 221-4406
4  Elizabeth@ThompsonLawSF.com

5  Attorney for Plaintiffs
   A.P., by and through his father VINCENZO P.,
6  and VINCENZO P. individually

7

8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  A.P., by and through his father,          Case No. 2:21-cv-01347
    VINCENZO P., and VINCENZO P.
14  individually,
                                              **STIPULATION OF DISMISSAL WITH
15           Plaintiffs,                      PREJUDICE**

16       vs.

17  JESUIT HIGH SCHOOL OF
    SACRAMENTO, a California corporation,
18  JOHN P. McGARRY, S.J., an individual,
    and MICHAEL WOOD, Ed.D., an
19  individual,

20           Defendants.

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs A.P. and Vincenzo P., and Defendants Jesuit High School Of Sacramento, John P. McGarry, S.J., and Michael Wood, Ed.D., through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Respectfully submitted,

DATED:  January 24, 2022        THOMPSON LAW

　　　　　　　　　　　　　　　　 /s/ *Elizabeth A. Thompson*
　　　　　　　　　　　　　　　ELIZABETH A. THOMPSON
　　　　　　　　　　　　　　　Attorney for Plaintiffs A.P. and VINCENZO P.


DATED:  January 24, 2022        GORDON REES SCULLY MANSUKHANI, LLP

　　　　　　　　　　　　　　　　 /s/ *Marcie Isom Fitzsimmons*
　　　　　　　　　　　　　　　Marcie Isom Fitzsimmons
　　　　　　　　　　　　　　　Danny A. Barak
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　JESUIT HIGH SCHOOL OF SACRAMENTO,
　　　　　　　　　　　　　　　JOHN P. MCGARRY, S.J., and
　　　　　　　　　　　　　　　MICHAEL WOOD, Ed.D.